IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00142-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| FRANKIE WILLIS | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 18, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. § 924(c)(1)(A), and agreeing to the forfeiture of the property listed in the June 18, 2020 Preliminary Order of Forfeiture, to wit:

(a) .9mm caliber Smith & Wesson handgun bearing serial number PBC7338;

(b) .32 caliber Davis Industries revolver bearing serial number 548218;

(c) .32 caliber Harrington & Richardson revolver bearing serial number AN105308;

(d) .336 caliber Marlin Firearms rifle bearing serial number 72058066;

(e) .12 gauge Mossberg shotgun bearing serial number L808620;

(f) .30-06 caliber Remington Arms rifle bearing serial number B8215642;

(g) .22 caliber Henry Repeating Arms rifle bearing serial number 205835H;

1

(h)    .22 caliber Marlin Firearms rifle bearing serial number 02095901;

(i)    .357 caliber Marlin Firearms rifle bearing serial number 10825295;

(j)    .410 gauge shotgun bearing serial number P629877;

(k)    .12 gauge Remington Arms shotgun bearing serial number B756619M;

(l)    .410 gauge Mossberg shotgun bearing serial number T786504;

(m)    .12 gauge Stoeger Industries shotgun bearing serial number 1828310;

(n)    Double barrel shotgun bearing serial number 41721; and

(o)    Any and all related ammunition.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between October 15, 2021 and November 13, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 18, 2020 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.    That the subject personal property listed in the June 18, 2020 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the United States Drug Enforcement

2

Case 7:19-cr-00142-D   Document 52   Filed 12/21/21   Page 2 of 3

Administration is directed to dispose of the property according to law, including destruction.

SO ORDERED this 21 day of December, 2021.

                                          JAMES C. DEVER III
                                          United States District Judge