IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-142-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANKIE WILLIS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's pending motion [D.E. 48] not later than April 4, 2022.

SO ORDERED. This 9 day of March, 2022.

JAMES C. DEVER III
United States District Judge