UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-142-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| FRANKIE WILLIS | |

On motion of the Defendant, Frankie Willis, and for good cause shown, it is hereby ORDERED that DE 60 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 13 day of June, 2022.

JAMES C. DEVER III
United States District Judge